# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 3, 2019

*VIA ECF*

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Daniel Logan*, 18 Cr. 870 (AT)

Honorable Judge Torres:

I write on behalf of my client Daniel Logan, and at the Court's direction, to provide Your Honor with a status report on the progress towards resolution of Mr. Logan's case.

Neither party anticipates that Mr. Logan's case will proceed to trial. Negotiations to reach a disposition are ongoing, and are hoped to conclude not later than 45 days from today.

If Your Honor requires additional information, I may be reached at the number below, or by email at christopher_flood@fd.org.

Respectfully Submitted,

Christopher A. Flood
Counsel for Mr. Daniel Logan

cc:   AUSA Nicholas Chiuchiolo, Esq. (ECF)