USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Daniel Logan,

                Defendant.

**Order of Restitution**

**18 Cr. 870 (AT)**

Upon the application of the United States of America, by its attorney, GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, Nicholas W. Chiuchiolo, Assistant United States Attorney, of counsel; the presentence report; the parties' plea agreement; the Defendant's conviction in the above-captioned case; and all other proceedings in this case, it is hereby ORDERED that:

    **1. Amount of Restitution.** DANIEL LOGAN, the Defendant, shall pay restitution in the total amount of $211,925.00 to the victim associated with the offense to which the defendant pled guilty. The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    **2. Monthly Installments.** Restitution shall be payable in monthly installments commencing on the first day of the second month following the month in which the defendant is released from the term of imprisonment imposed by the Court. Each monthly payment shall be equal to 5% of the defendant's gross income for the preceding months.

    **3. Interest Waiver.** Pursuant to Title 18, United States Code, Section 3612(f)(3)(A), interest on the restitution amount is waived because the defendant does not have the ability to pay interest.

09.10.2013

**4. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
<u>    January 30, 2020    </u>

                                                    HONORABLE ANALISA TORRES
                                                   UNITED STATES DISTRICT JUDGE
                                                   SOUTHERN DISTRICT OF NEW YORK