```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
UNITED STATES OF AMERICA,                             ELECTRONICALLY FILED
                                                      DOC #: _____
                                                      DATE FILED:  4/1/2020
            -against-
                                                      18 Cr. 870 (AT)
DANIEL LOGAN,
                                                      **ORDER**
                              Defendant.
```

ANALISA TORRES, District Judge:

    In light of the COVID-19 public health crisis, it is ORDERED that Defendant's surrender date is extended from April 6, 2020, to **September 14, 2020**.

    SO ORDERED.

Dated: April 1, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge