**Federal Defenders**
OF NEW YORK, INC.

52 Duane

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/8/2021_

April 8, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Daniel Logan
              18 Cr. 870 (AT)

Dear Judge Torres:

    With the consent of the Government, I write on behalf of my client Daniel Logan, to request that the date of his surrender to the Bureau of Prisons (BOP), currently scheduled for Monday, April 12, 2021, be extended by at least sixty days.

    As of today's date, the BOP has not designated a facility to which Mr. Logan will surrender, thereby necessitating his surrender to the United States Marshalls at 500 Pearl Street, and his detention pending BOP designation at either the MCC or the MDC. Both of those facilities continue to experience COVID-19 outbreaks. Mr. Logan has not yet been vaccinated. Were he to surrender on April 12, 2021, he would be exposed to risk of coronavirus infection. A sixty-day extension of Mr. Logan's surrender date would allow the BOP to designate him to a facility without such risk.

    I have discussed this request with Assistant United States Attorney Nicholas Chiuchiolo, who consents on behalf of the Government.

    If Your Honor requires additional information, I may be reached at the number below, or at Christopher_Flood@fd.org.

    Thank you for considering this request.

GRANTED. By **June 7, 2021**, Defendant shall surrender to the Bureau of Prisons.

SO ORDERED.

Dated: April 8, 2021
       New York, New York

ANALISA TORRES
United States District Judge