**Federal Defenders**
OF NEW YORK, INC.

David E. Patton
*Executive Director*

June 4, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Daniel Logan</u>
            18 Cr. 870 (AT)

Honorable Judge Torres:

    I write on behalf of my client Daniel Logan, to request that the date of his surrender to the Bureau of Prisons (BOP), currently scheduled for Monday June 7th, 2021, be extended by at least to the first week of August, 2021. This will be the final extension the defense will seek for Mr. Logan.

    As of today's date, the BOP has not designated a facility to which Mr. Logan will surrender, thereby necessitating his surrender to the United States Marshalls at 500 Pearl Street, and his detention pending BOP designation at either the MCC or the MDC. Inmates at both facilities are still subject to terrible conditions because of the COVID-29 pandemic. A sixty-day extension of Mr. Logan's surrender date would allow the BOP to designate him to a post-conviction BOP facility.

    Additionally, a final extension will enable Mr. Logan to resign from his present gainful employment and make orderly arrangements with his family and loved ones before surrendering.

    I have discussed this request with Assistant United States Attorney Nicholas Chiuchiolo, who consents on behalf of the Government to a final extension of 30 days.

    Thank you for considering this request.

GRANTED. By **August 9, 2021**, Defendant shall surrender to the BOP.

SO ORDERED.

Dated: June 7, 2021
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge